UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Stacy Ferrell Mayo**                       **Docket No. 5:11-CR-229-2BO**

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stacy Ferrell Mayo, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, and Possess With Intent to Distribute 500 Grams or More of a Mixture Containing Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 2, 2012, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On April 6, 2017, this case was reassigned to the Honorable Terrence W. Boyle, U.S. District Judge.

Stacy Ferrell Mayo was released from custody on February 13, 2014, at which time the term of supervised release commenced. On July 25, 2017, a Petition for Action was submitted advising that the defendant committed the offense of Simple Assault in Wilson County, North Carolina (17CR52351), associated with a felon, failed to follow instructions of the probation officer, and used cocaine on July 19, 2017. As a sanction for these violations, the court ordered that the defendant be placed on 60 days curfew with electronic monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 12, 2018, the defendant tested positive for methamphetamine, which was confirmed through laboratory analysis on March 18, 2018. The defendant admitted to using methamphetamine on March 9, 2018, and she signed an admission of drug use form. Additionally, she has failed to attend outpatient substance abuse treatment as instructed. As a sanction for these violations, the probation office is recommending that she be placed on 90 days curfew with electronic monitoring. Mayo has been instructed to attend weekly substance abuse treatment sessions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Stacy Ferrell Mayo
Docket No. 5:11-CR-229-2BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2338<br>Executed On: March 26, 2018 |

**ORDER OF THE COURT**

Considered and ordered this __26__ day of __March__, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge